## VULCAN MATERIALS COMPANY
## PLAINTIFF CONSENT FORM

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against Vulcan Materials Company, Southeast Division Logistics, LLC ("Defendants") and any other related entities or affiliates, to recover overtime pay. I further consent to be represented by the Plaintiff's attorneys at Austin & Sparks, P.C., Nichols Kaster, PLLP and Leonard Carder, LLP.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendants as a driver, or in a similar job title, and did not receive proper overtime compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendants, and any other related entities or affiliates.

Date: _03/09/2021_____

_Derrick Bailey_____
Signature

Derrick Bailey
_____
Print Name

Redacted

**Return this form by fax, email or mail to:**      **Nichols Kaster, PLLP, Attn:  Reena I. Desai**
**Fax: (612) 215-6870**
**Email: consents@nka.com**
**Address: 4700 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web:  www.nka.com**