# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DERRICK BAILEY, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:21-CV-00998-MHC |
| VULCAN MATERIALS COMPANY, and SOUTHEAST DIVISION LOGISTICS, LLC, | : : : : : | |
| Defendants. | : | |

_____

## UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiffs Derrick Bailey, and opt-in plaintiffs, Melvin Dallas and Roderick Stamper (collectively "Plaintiffs") by and through their undersigned counsel, hereby move for approval of the settlement and dismissal of the above action.

Through this unopposed motion, Plaintiffs request the Court (1) approve the proposed settlement as a fair and reasonable resolution of a bona fide dispute; (2) approve the terms of the settlement and distribution of payments set forth in the parties' Settlement Agreements; (3) approve the attorneys' fees and costs request; and (4) dismiss the case with prejudice.

Dated: March 18, 2021

   */s/ Reena I. Desai*
**NICHOLS KASTER, PLLP**
Reena I. Desai, MN Bar 0388311*
4700 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
rdesai@nka.com

**AUSTIN & SPARKS, P.C.**
John T. Sparks
Austin & Sparks, P.C.
2974 Lookout Place, N.E., Suite 200
Atlanta, Georgia 30305
jsparks@austinsparks.com
Telephone: (404) 869-0100
Facsimile: (404) 869-0200

**LEONARD CARDER, LLP**
Aaron Kaufmann, CA Bar No. 148580*
David Pogrel, CA Bar No. 203787*
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and others similarly situated*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically with the Court. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF filing system.

This 18th day of March, 2022.

/s/ Reena I. Desai<br>
Reena I. Desai